IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JULIUS HINES, # 217230,    )
    )
   Plaintiff,    )
    )
   v.    )    CIVIL ACT. NO. 2:20-cv-520-ECM
    )
COMMISSIONER DUNN, *et al.*,    )
    )
   Defendants.    )

## OPINION and ORDER

On November 20, 2020, the Magistrate Judge entered a Recommendation (doc. 11) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by the Court.

A separate Final Judgment will be entered.

Done this 18th day of December, 2020.

         /s/ Emily C. Marks
        EMILY C. MARKS
        CHIEF UNITED STATES DISTRICT JUDGE